DAVIS v. HUMBARGER, *Executor.*

No. 1321.   Opinion Filed January 10, 1911.

APPEAL AND ERROR—Review—Hypothetical Questions.   Syllabus same as that in Greer County Election Board v. Elliott, 26 Okla. 546, 109 Pac. 731.

*Error from District Court, Custer County; J. R. Tolbert, Judge.*

Action between Charles E. Davis and Stewart Humbarger, executor for the estate of Otto Botcher, deceased. From the judgment, Davis brings error. Dismissed.

*Geo. T. Webster,* for plaintiff in error.

*Smith & Wagner* and *Massingale & Duff,* for defendant in error.

WILLIAMS, J. The defendant in error has moved that this proceeding in error be dismissed for the reason that since the same was instituted the controversy between the parties hereto has been settled and the question here presented for review is now hypothetical. Counsel for plaintiff in error concedes such to be the facts. The appeal is, therefore, dismissed.

All the Justices concur.